ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9301
Facsimile:  (702) 255-2858
E-Mail: rlarsen@gordonrees.com

*Attorneys for Jonathan Neil & Associates, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SUNDER, | Case No.:   2:20-cv-01603-JAD-VCF |
| Plaintiff, | |
| vs. | |
| JONATHAN NEIL & ASSOCIATES, INC., | |
| Defendant. | |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Michael Sunder ("Plaintiff"), and Defendant Jonathan Neil & Associates, Inc. ("JNA"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on August 30, 2020 [ECF No. 1].

2. Plaintiff served the Complaint on September 3, 2020.

3. JNA recently retained counsel and a short extension is necessary to allow JNA's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff and JNA also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for JNA to respond to the Complaint until October 14, 2020.

5. JNA requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

6. This stipulation is not being made for purposes of delay.

7. Therefore, the parties agree that JNA's response to the Complaint is now due on or before **October 14, 2020**.

DATED this 21<u>st </u>day of September 2020.   DATED this 21<u>st </u>day of September 2020.

GORDON REES MANSUKHANI LLP   KIND LAW

*/s/ Robert S. Larsen*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Jonathan Neil & Associates, Inc.*

*/s/ Michael Kind*
MICHAEL KIND, ESQ.
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123

*Attorneys for Plaintiff Michael Sunder*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 9-22-2020